# United States Navy–Marine Corps Court of Criminal Appeals

Before
KISOR, HARRELL, and PICTON
Appellate Military Judges

---

**UNITED STATES**
*Appellee*

**v.**

**Victor SANTOS**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500036**

---

Decided: 23 July 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Aaron T. Walsh (arraignment)
Todd J. Gaston (motions and trial)

Sentence adjudged 13 September 2024 by a general court-martial tried at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for forty-five months, and a bad-conduct discharge.[1]

---

[1] Appellant was credited with having served 6 days of pretrial confinement. On 3 December 2024, the convening authority took action pursuant to R.C.M. 1109(e)(2) to modify the confinement portion of the sentence, decreasing confinement to four months. All periods of confinement remaining were suspended for a period of two months from the date of the convening authority's Action; at the end of the suspension, the unexecuted portion of the confinement sentence was remitted.

For Appellant:
*Captain Kyle W. Rodewald, USMC*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.